AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

JOSHUA P. EISENHAUER, Staff Sergeant,
United States Army,  )
  )
       Plaintiff,  )
  )
v.  ) **JUDGMENT IN A CIVIL CASE**
  ) **CASE NO. 5:12-CV-459-D**
FRANK PERRY, Secretary, North Carolina  )
Department of Crime Control and Public Safety,  )
  )
       Defendants.  )

**Decision by the Court:**

       IT IS ORDERED AND ADJUDGED that the Court substitutes Frank Perry for Rueben Young pursuant to Fed.R.Civ.P.25(d), as Perry is now the Secretary for the Department of Public Safety. The Court GRANTS Defendant Perry's Motion for Summary Judgment [D.E. 37], and DISMISSES Plaintiff's complaint WITHOUT PREJUDICE for failure to exhaust administrative remedies, or alternatively, as without merit. The clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **NOVEMBER 15, 2013** WITH A COPY TO:

Mark L. Waple  (via CM/ECF Notice of Electronic Filing)
Jodi Harrison (via CM/ECF Notice of Electronic Filing)

November 15, 2013                                    JULIE A. RICHARDS, Clerk
Date                                                          Eastern District of North Carolina

                                                                     /s/ Debby Sawyer
                                                                     (By) Deputy Clerk

Raleigh, North Carolina